

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ESPINOZA,<br><br>Defendant. | Case No.  CR 24-336-JFW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On August 16, 2024, Defendant Daniel Espinoza made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on May 31, 2024. Deputy Federal Public Defender, ("DFPD"), Kyra Nickell, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Joshua Lee. Defendant submitted on the recommendation of detention in the report prepared by Probation and Pretrial Services.

II.

1  Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the petition alleges that Defendant was arrested for and subsequently convicted of felony domestic violence shortly after commencing his term of supervised release.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above);
> ☒ Defendant has an active protection order issued against him dated June 17, 2024 which expires on June 17, 2027.

### III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 16, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE